**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:11-CR-248 MAC |
| | § | |
| KEVIN JESSIE TEER (26) | § | |

**REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on May 2, 2019, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson. The Government was represented by Lesley Brooks.

On May 21, 2014, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of one hundred three (103) months imprisonment followed by a four (4) year term of supervised release for the offense of Conspiracy to Possess with Intent to Distribute Heroin. On April 14, 2016, the term of imprisonment was reduced to eighty-six (86) months.  Defendant began his term of supervision on December 14, 2018.  This case was transferred to the Honorable Marcia A. Crone on  October 7, 2015.

On April 9, 2019, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 1527).  The Petition asserts that Defendant violated the following conditions of supervision:  (1) Defendant shall refrain from any unlawful use of a controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related

1

to any controlled substance, except as prescribed by a physician; and (3) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of U.S. Probation office, until such time as Defendant is released from the program by the probation officer.

The Petition alleges that Defendant committed the following violations: (1) On January 8, 2019, Defendant submitted a urine specimen that tested positive for opiates, amphetamines, and methamphetamine. Upon questioning, Defendant admitted to using Oxycodone without a valid prescription for same; however, Defendant denied any other illicit substances. The urine specimen was subsequently confirmed positive for extended opiates and methamphetamine by Alere Toxicology Services, Inc. During an office visit on February 26, 2019, Defendant admitted verbally and in writing to using heroin on February 25, 2019. On March 7, 2019, Defendant submitted a urine specimen that tested positive for opiates and cocaine. Defendant verbally admitted to using heroin on March 5, 2019, but denied knowledgeable use of any other illicit substances. The urine specimen was subsequently confirmed positive for extended opiates and cocaine by Alere Toxicology Services, Inc.; and (2) On January 15, 2019, Defendant failed to report for drug testing as directed at Addiction Treatment Resources in McKinney, Texas. Additionally, during an office visit on February 26, 2019, Defendant failed to participate in substance abuse testing as directed by failing to submit a valid urine specimen. Specifically, Defendant was observed attempting to falsify his urine specimen with a foreign liquid substance. After extensive questioning, Defendant admitted verbally and in writing to bringing in someone else's urine to the U.S. Probation Office in an attempt to falsify his drug test. Additionally, Defendant failed to attend substance abuse treatment sessions at Fletcher Counseling, Inc., in Plano, Texas, for three consecutive weeks on March 3, 10, and 17, 2019. As a result, Defendant was discharged, unsuccessfully, from substance abuse treatment.

At the hearing, Defendant entered a plea of true to Allegations 1 and 2.  Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court.  The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the May 2, 2019, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months, with twenty-four (24) months supervised release to follow, with the first thirty (30) days of supervised release to be served in an in-patient treatment facility.

**SIGNED this 13th day of May, 2019.**

_____

KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE